```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00640
    CHARLES J BALMES
    NANCY S BALMES                          CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-8789     SSN XXX-XX-1313
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/15/07 and confirmed on 03/16/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 12913.58 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMMUNITY TRUST CREDIT U | SECURED VEHIC | 3600.00 | 93.86 | 3600.00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 1387.99 | .00 | 1387.99 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICOLLECT | UNSECURED | 134.78 | .00 | 134.78 |
| CAPITAL ONE BANK | UNSECURED | 314.65 | .00 | 314.65 |
| CHAMPION COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CYBRCOLLECT | UNSECURED | NOT FILED | .00 | .00 |
| PADDOCK PUBLICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 1259.73 | .00 | 1259.73 |
| FABIAN LATOCHA MD | UNSECURED | 337.50 | .00 | 337.50 |
| FARMERS INSURANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 688.06 | .00 | 688.06 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS LENDING | UNSECURED | 134.82 | .00 | 134.82 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| JEWEL COMPANIES INC | UNSECURED | NOT FILED | .00 | .00 |
| JJ MARSHALL | UNSECURED | NOT FILED | .00 | .00 |
| LYONS RYAN FORD | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| TRICAP INVESTMENT PARTNE | UNSECURED | 300.31 | .00 | 300.31 |

```
ST PETERS CATHOLIC CHURC  UNSECURED      NOT FILED           .00          .00
STATE BANK OF THE LAKES   UNSECURED      NOT FILED           .00          .00
TCF BANK                  UNSECURED      NOT FILED           .00          .00
FOX LAKE FORD MERCURY     UNSECURED        1023.63           .00      1023.63
WOLPOFF & ABARAMSON       UNSECURED      NOT FILED           .00          .00
AMERICOLLECT              UNSECURED          87.53           .00        87.53
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3600.00           .00      5669.00         .00      9269.00
PRINCIPAL PAID      3600.00           .00      5669.00         .00      9269.00
INTEREST PAID         93.86           .00           .00         .00        93.86
TOTAL PAID          3693.86           .00      5669.00         .00      9362.86
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $   3000.00
and was paid $    364.00  direct and $   2636.00   through the plan.

The Trustee received $    558.34 .

Refunds to the Debtor totaled $    356.38 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/11/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 07 B 00640 CHARLES J BALMES & NANCY S BALMES